Laura A. Porter, as Administratrix, etc., Appellant, v. The City of New York, Respondent.— This court is of opinion that plaintiff should be allowed to establish whatever cause of action she may have, whether it be under the Labor Law or at common law, entirely unaffected by the provisions of the Labor Law. We think, therefore, that her motion for leave to serve the proposed amended complaint should have been granted on appropriate terms. Order reversed, with ten dollars costs and disbursements, and the motion for leave to serve an amended complaint granted on condition that within twenty days plaintiff pay to defendant the full taxable costs in this action, including the costs and disbursements on the former appeal. (Reported in 158 App. Div. 604.) Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. James Libretto, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, upon the authority of *People* v. *Smith* (28 Hun, 626; affd. on opinion below, 92 N. Y. 665). Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Fanny Weiss, Respondent, v. New York Telephone Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, etc. Certificate No. 6,001, Issued to Elizabeth Greenwald. — Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of Joseph B. Merkert, an Attorney.— The court directs an entry upon its minutes censuring the unprofessional conduct of Joseph B. Merkert, an attorney, in that after the collection of twenty-two dollars, in November, 1912, under instruction from the payor to pay it promptly to August Kirsch, he failed to do so for a year. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Felixia Janiszewski, as Administratrix, etc., Appellant, v. William H. Fitzpatrick, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Rozwadow Young Men's Association, a Domestic Corporation, Respondent, v. Samuel Langweil, as President, etc., Appellant. — Motion granted, and order resettled by allowing defendant a further extension of time, upon his filing a bond to pay the damages and costs that have been recovered, less any offset of the costs in the New York action; and also to pay the costs on the appeal, if any be adjudged against him in this court, and case set down for the second week of the May term. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.